The Peter Schoenhofen Brewing Company et al., appellees, v. North American Brewing Company, appellant. Gen. No. 26,510.

Order finding defendant and its president guilty of contempt in violating an injunction restraining defendant from refilling and using bottles belonging to complainants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922. Rehearing denied February 25, 1922.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Levinson & Hoffman, for appellees; Harry C. Levinson and George W. D. Lederer, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

Adam Granberry, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 26,534.

Action for damages for personal injuries resulting from a collision between one of defendant's street cars and a wagon driven by plaintiff. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

P. L. McArdle and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Richard J. Finn and Oscar C. Miller, for appellee; Robert S. Cook, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

Morris Shapiro, appellee, v. Charles Weiss and I. Wiess, trading as Weiss Hungarian Restaurant and Alex Weiss & Company, Inc., appellants. Gen. No. 26,565.

Action to recover the value of an overcoat lost or stolen in defendants' restaurant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed February 14, 1922.

Moses, Rosenthal & Kennedy, for appellants. Pennish & Rashbaum, for appellee.

Mr. Justice Morrill delivered the opinion of the court.